# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Sergio Amador-Sandoval
A206 477 274    YOB:    1991
Mexico

*Principal*

**CRIMINAL COMPLAINT**

Case Number:
M-14-2100-M

United States District Court
Southern District of Texas
FILED

OCT 30 2014

, Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 29, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Katerin Vanesa Sanchez-Acosta and Elmin Humberto Peralta-Cerrato, citizens and nationals of Honduras, along with seven (7) other undocumented aliens, for a total of nine (9) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near La Joya, Texas to the point of arrest near La Joya, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__  **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On October 29, 2014, McAllen Border Patrol Agent A. Bautista Jr. was working line watch duties near La Joya, Texas. At approximately 2:30 a.m. Agent Bautista Jr. encountered a group of 10 subjects in the brush. All subjects were determined to be undocumented aliens illegally present in the United States. The group was then transported to the McAllen, Texas Border Patrol Station for processing.

Once at the station, through interviews it was determined that Sergio AMADOR-Sandoval was the foot guide of the group.

SEE ATTACHED:

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

OK to file. TNT

*Eduardo Cortez* (signature)
Signature of Complainant

Eduardo Cortez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 30, 2014                         at    McAllen, Texas
Date                                            City and State

Dorina Ramos        , U. S. Magistrate Judge    *Dorina Ramos* (signature)
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-14-2100-M

RE:     Sergio Amador-Sandoval                               A206 477 274

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Once at the station, Sergio AMADOR-Sandoval was read his Miranda Rights by Border Patrol Agents. AMADOR understood his rights and requested an attorney.

**MATERIAL WITNESS STATEMENT:**

Once at the Border Patrol Station, both of the material witness were advised of their Miranda Rights. Both stated that they understood their rights and provided a statement.

1-Katerin Vanesa SANCHEZ-Acosta stated that her father made the smuggling arrangements for her with a subject known as "El Gato". She didn't know how much her father paid in smuggling fees. Once in Reynosa, she stayed at a stash house for approximately fifteen days. On October 29, 2014, her group was transported to the Rio Grande River. When they arrived at the riverbank, she observed AMADOR and another male subject inflating a raft. These two men then instructed them to get into the raft and they were smuggled into the United States. Once in the U.S., AMADOR instructed them to keep walking. On three different occasions, AMADOR picked her up when she fell so she could keep up with the rest of the group. AMADOR also told them to run if Border Patrol arrived. They walked for about 15 minutes until they were encountered by Border Patrol. SANCHEZ identified AMADOR in a photo lineup as the foot guide of the group.

2-Elmin Humberto PERALTA-Cerrato made smuggling arrangements with an unknown subject in Honduras. The total amount in smuggling was going to be $7,000 in which he already paid $3,000. He stayed at a stash house in Reynosa, Mexico for twenty-eight days. They were finally transported to the Rio Grande River, where they met AMADOR and another individual. These two individual instructed them that they were going to be the foot guides and that they had to listen to their commands and everything will be alright. The group was then smuggled into the United States. Once in the U.S., AMADOR was in the very back of the group keeping everybody together and also giving commands to them. They walked for about 15 minutes until they were arrested by Border Patrol. PERALTA identified AMADOR in a photo lineup as one of the foot guides of the group, the other one escaped.